**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  09-cv-02437-WJM

DELOY J. ABEYTA,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

## ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY'S FEES

This matter is before the Court on the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412(d), filed September 9, 2011 (ECF No. 27).  The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

The Stipulated Motion is GRANTED.  It is FURTHER ORDERED that:

1. The Stipulation for Attorney's fees pursuant to the EAJA is approved, and Defendant is ordered to pay $5,860.00 to Plaintiff for attorney's fees;

2. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel;

3. Payment of the $5,860.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees or costs in this case; and

4. This award is WITHOUT PREJUDICE to the right of Plaintiff's counsel to seek attorney's fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated this 13th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge