**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No.  09-cv-02437-WJM

DELOY J. ABEYTA,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY'S FEES

---

This matter is before the Court on the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412(d), filed September 9, 2011 (ECF No. 27).  The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

The Stipulated Motion is GRANTED.  It is FURTHER ORDERED that:

1.      The Stipulation for Attorney's fees pursuant to the EAJA is approved, and Defendant is ordered to pay $5,860.00 to Plaintiff for attorney's fees;

2.      Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel;

3.      Payment of the $5,860.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees or costs in this case; and

4.      This award is WITHOUT PREJUDICE to the right of Plaintiff's counsel to

seek attorney's fees pursuant to section 206(b) of the Social Security Act,

42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated this 13th day of October, 2011.

BY THE COURT:

_____

William J. Martínez
United States District Judge

2